IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SHAWN FRIX, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EQUIFAX, INC., | : | CIVIL ACTION NO. |
| | : | 1:15-cv-1923-AT |
| | : | |
| Defendant. | : | |

## **ORDER**

The parties filed a Joint Motion for Settlement Approval and Dismissal of Lawsuit with Prejudice along with their proposed Release and Settlement Agreement. [Doc. 17]. In their motion, the parties provide detailed information regarding the manner in which the settlement amounts were calculated, and they subsequently apprised the Court of the hourly rate, number of hours, and period of time used to calculate the amount of back pay. The Court has reviewed the Release and Settlement Agreement for adequacy consistent with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11 Cir. 1982). Based on this review, the Court finds that the settlement agreement constitutes a fair, reasonable, and adequate resolution of this action. **THEREFORE**, the Court **GRANTS** the Parties' Joint Motion for Settlement Approval and Dismissal of

Lawsuit with Prejudice [Doc. 17] and **APRROVES** the Release and Settlement Agreement.  Pursuant to paragraph 2 of the Release and Settlement Agreement, the Court **SHALL RETAIN** jurisdiction over the matter to enforce the terms of the settlement agreement.  The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 20th day of November, 2015.

_____
**Amy Totenberg
United States District Judge**